UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**BOARD OF EDUCATION OF THE CITY SCHOOL**
**DISTRICT OF THE CITY OF NEW YORK,**

Case No. 1:26-cv-02495
(ENV) (MMH)

Plaintiff,

-against-

**Y.P. and M.P., individually and on behalf of**
**B.P., a minor,**

Defendants.

August 6, 2026
**VIA ECF / PRO SE FILING**
Honorable Marcia M. Henry
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
**Re: Board of Education of the City School District of the City of New York v. Y.P. and M.P.,**
**No. 1:26-cv-02495 (ENV) (MMH)**
Dear Judge Henry:

     We respectfully submit this letter on behalf of ourselves, Defendants Y.P. and M.P., who are proceeding pro se, regarding the initial conference scheduled for Monday, August 10, 2026.

**NOTICE OF LIMITED APPEARANCE FOR THE SOLE PURPOSE OF ADVISING THE**
**COURT THAT THE PRO SE DEFENDANTS HAVE NOT BEEN SERVED**

Pro Se Defendants Y.P. and M.P. appear solely for the limited purpose of notifying the Court that they have become aware of this action, have not been served with the summons and complaint by any method, and expressly preserve all objections under Rules 12(b)(2), 12(b)(4), and 12(b)(5) of the Federal Rules of Civil Procedure. This limited appearance shall not be construed as a waiver of any defense, objection, or right, including any objection to personal jurisdiction, the sufficiency of process, or the sufficiency or timeliness of service of process.

     This letter is submitted solely to request that the Court cancel the August 10, 2026 conference. It is not intended to constitute a general appearance or a waiver of any defense, objection, or right.

     To date, neither Defendant has been served with the Summons and Complaint by any method, and neither Defendant has waived service.

     The docket reflects that, on June 26, 2026, the Court directed Plaintiff's counsel to ensure that Defendants were aware of the August 10 conference by serving a copy of the Scheduling Order and

1

the summary docket sheet and filing an affidavit of service by July 6, 2026. The same Order directed the parties to file a joint proposed discovery plan by August 3, 2026.

Neither Defendant was contacted or served with the Scheduling Order and summary docket sheet by July 6, 2026. Neither Defendant was contacted by Plaintiff to prepare a joint proposed discovery plan by August 3, 2026.

On August 3, 2026, Plaintiff contacted Lauren A. Baum, Esq., who had represented Defendants only in the underlying IDEA administrative proceedings, to ask whether she represented Defendants in this federal action and whether she would accept service on their behalf. Ms. Baum advised Plaintiff that she did not represent Defendants in this federal matter and could not accept service. Plaintiff did not contact either Defendant on August 3, and that communication did not effect service on either Defendant.

On August 6, 2026, Defendant Y.P. emailed and telephoned Plaintiff's counsel in an effort to discuss the matter and avoid unnecessary Court involvement. Defendants specifically asked Plaintiff's counsel to join in requesting that the Court cancel the August 10, 2026 conference. Plaintiff's counsel declined to join in that request. In light of Plaintiff's refusal to consent to a joint request, and with the conference rapidly approaching, Defendants were compelled to submit this request directly to the Court. The first direct email received from Plaintiff's counsel was later on August 6, 2026. As of the date of this letter, neither Defendant has been served with the Summons and Complaint.

Accordingly, Defendants respectfully request that the Court cancel the August 10, 2026 initial conference because Defendants have not been served.

If the Court determines that future conferences are appropriate, Defendants respectfully request permission to appear by videoconference whenever feasible. This request is made because Defendant M.P. has a disability and is experiencing a high-risk pregnancy, and because Defendants have significant caregiving responsibilities that make travel to the courthouse particularly difficult. Those responsibilities include caring for five children, two of whom have disabilities; caring for Defendant M.P., who has a disability and is experiencing a high-risk pregnancy; assisting with the care of two of Defendant Y.P.'s brothers, both of whom have cancer, including one who is terminally ill and has brain tumors; and assisting with the care of Defendant Y.P.'s elderly, ill father. Defendants would greatly appreciate this accommodation should future proceedings become necessary.

Defendants respectfully request that the Court send any notices, orders, scheduling updates, or other communications concerning this matter by email to mdancziger@gmail.com, in addition to any other method required by the Court's rules.

Thank you for the Court's time and consideration.

2

*** Filed ***
10:11 AM, 07 Aug, 2026
U.S.D.C., Eastern District of New York

Respectfully submitted,


_____
Y.P., Defendant Pro Se

Mailing Address: 14121 Jewel Avenue, Flushing, NY 11367 | Telephone: 347-886-2681 | Email: mdancziger@gmail.com



_____
M.P., Defendant Pro Se

Mailing Address: 14121 Jewel Avenue, Flushing, NY 11367 | Telephone: 646-469-4326 | Email: mdancziger@gmail.com